IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01952-CMA-BNB

MICHELLE SUTCH, and
SEAN DURKIN,

Plaintiffs,

v.

MICHAEL BADON,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on **State Farm's Motion to Vacate and Reschedule October 30, 2009 Hearing on State Farm's Motion to Intervene (Doc. #19) and Plaintiffs' Motion for Protective Order Regarding Their Confidential Information (Doc. #8)** [docket no. 24, filed October 26, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART.

IT IS ORDERED that the hearing on the pending motions (#8 and #19) set for October 30, 2009, is **vacated and reset to November 3, 2009, at 8:30 a.m.,** in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: October 27, 2009