IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   09-cv-01952-CMA -BNB | Date: November 3, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| MICHELLE SUTCH, and<br>SEAN DURKIN | James Chalat |
| Plaintiff(s), | |
| v. | |
| MICHAEL BADON, | Franklin Patterson |
| Defendant(s), | |
| STATE FARM FIRE & CASUALTY<br>COMPANY, | Jon Sands |
| Interested Party. | |

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:      8:37 a.m.

Appearance of counsel. Plaintiff Sean Durkin  attending by telephone.

Court's opening remarks.

Argument presented.

**ORDERED: State Farm Motion to intervene [Doc. # 19; filed 10/21/09] is granted as stated on the record.**

**ORDERED: Plaintiffs' motion for protective order regarding their confidential information [Doc. #8; filed 10/1/09] is taken under advisement as stated on the record.**

Court in Recess      9:58 a.m.      Hearing concluded.      Total time in Court:    01:21

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.