IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01952-CMA-BNB

MICHELLE SUTCH, and
SEAN DURKIN,

Plaintiffs,

v.

MICHAEL BADON,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the filing of the **Notice of Settlement** [docket no. 39, filed November 18, 2009], it has come to the attention of the Court that this matter has been resolved.

IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **December 4, 2009**, or a status report addressing why dismissal has not been accomplished.

IT IS FURTHER ORDERED that all future hearings set before Magistrate Judge Boland are **vacated**.

IT IS FURTHER ORDERED that in light of the settlement, the **Plaintiffs' Motion for Protective Order Regarding their Confidential Information** [docket no. 8, filed October 1, 2009] and **Plaintiff's Motion for Leave to File Their Consolidated Reply Memorandum in Response to the Defendant Michael Badon's and State Farm's Responses to Plaintiffs' Motion for Protective Order** [docket no. 29, filed October 28, 2009] are DENIED AS MOOT.

DATED: November 18, 2009