IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-01952-CMA-BNB

MICHAEL SUTCH, and
SEAN DURKIN

    Plaintiffs,

v.

MICHAEL BADON,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulated Motion To Dismiss With Prejudice (Doc. # 41).  The Court having considered the Motion to Dismiss, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his own costs and attorneys' fees.

    DATED:  November  20 , 2009

                                                         BY THE COURT:

                                                         *Christine M Arguello*

                                                         _____
                                                          CHRISTINE M. ARGUELLO
                                                          United States District Court Judge